**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6827**

_____

MICHELET SAINT LOUIS,

        Plaintiff - Appellant,

    v.

MS. WOODSON, Head of Record Department; DR. TUASON, Psychiatrist; MAJOR BATEMAN,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:19-cv-00437-RAJ-LRL)

_____

Submitted: November 22, 2022                      Decided: November 29, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michelet Saint Louis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelet Saint Louis appeals the district court's order granting Defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Saint Louis' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment. We deny Saint Louis' motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
